## Fourth Department, September, 1908.

Economic Power and Construction Company, Respondent, v. The City of Buffalo and Others, Appellants.— Judgment affirmed, with costs. ·All· concurred, except Kruse, J., who dissented upon the ground that the act of the Legislature,* so far as it assumes to grant to a private corporation the use of the public right of the streets and highways of the State, is unconstitutional and void, it being not merely a declaration of the powers of the corporation, but an attempt to confer a valuable property right (*People* v. *O'Brien*, 111 N. Y. 1) by private act without expressing the same in the title of said act; Spring, J., not sitting.

Dennis L. Wright, Appellant, v. The Knights of the Maccabees of the World, Respondent.— Judgment affirmed, with costs. All concurred, except Robson, J., who dissented; Spring, J., not sitting.

Lyons Beet Sugar Refining Company, Appellant, v. John F. Calkins, Respondent.— Order affirmed, with ten dollars costs upon appellant's default. All concurred.

Iroquois Irwin, Respondent, v. Herman T. Hodge and Others, Appellants.— Motion to dismiss appeal granted, with ten dollars costs.

William Sweeting, Respondent, v. New York Central and Hudson River Railroad Company, Appellant.— Motion for leave to appeal to Court of Appeals granted and question for review certified.

John M. Kelly, Respondent, v. Fred B. King, and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Henry C. Fisher and Another, Respondents, v. George W. Hartell, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Ernest J. Filkins, Respondent, v. Fred E. Mason, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Leonardo Crimi, as Administrator, etc., Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals denied.

Paragon Plaster Company, Respondent, v. The Crucible Steel Company of America, Appellant.— Motion granted and order of reversal previously entered modified *nunc pro tunc* so as to provide for reversal of that part of the order only which grants an additional allowance.

John D. Larkin, Respondent, v. B. H. Sheldon, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Peter Arnold, Respondent, v. Frederick Skene, State Engineer and Surveyor of the State of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

---

* See Laws of 1893, chap. 459, § 5.— [Rep.